878

No. 292. RIPPY, PRESIDENT, BOARD OF TRUSTEES, DALLAS INDEPENDENT SCHOOL DISTRICT, DALLAS COUNTY, TEXAS, ET AL. *v.* BROWN ET AL. C. A. 5th Cir. Certiorari denied. *John D. McCall* for petitioners.

No. 318. ESTATE OF SWEET, TRACY-COLLINS TRUST CO., ADMINISTRATOR, *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *Maurice J. Hindin* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *I. Henry Kutz* for respondent.

No. 319. ESTATE OF DUPONT, WILMINGTON TRUST CO., EXECUTOR, *v.* COMMISSIONNER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *George S. Leisure* and *Carberry O'Shea* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Hilbert P. Zarky* and *Grant W. Wiprud* for respondent.

No. 323. HAMMER ET AL. *v.* SANDERS ET AL., DOING BUSINESS AS SANDERS-FYE DRILLING CO. Supreme Court of Illinois. Certiorari denied. *Leon M. Despres* for petitioners. *Charles F. Short, Jr.* for respondents.

No. 325. BOND ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Ellsworth T. Simpson* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *L. W. Post* for respondent.